United States District Court
Southern District of Texas
**ENTERED**
February 11, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-614-3 |
| | § | |
| JUSTICE DANIEL | § | |

## O R D E R

Defense counsel's motion to withdraw, Docket Entry No. 67, is granted. The Magistrate Judge will appoint new counsel.

SIGNED on February 11, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge