United States District Court
Southern District of Texas
**ENTERED**
January 10, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CRIM. NUMBER: H-15-614S § |
| FOLARIN H. ALABI,<br>  aka Folarin Henry Alabi,<br>  aka "Henry,"<br>LETRISHIA A. ANDREWS,<br>  aka Letrishia Ann Andrews,<br>  aka Letrishia Andrews Daniel,<br>JUSTICE DANIEL, | § § § § § § § § |
| Defendants. | § |

## ORDER

HAVING CONSIDERED the Government's Unopposed Motion to Unseal the plea agreements of Mr. Charles Warren and Ms. Ifeoma Adamolekun for trial purposes, and finding it to be meritorious, it is hereby

ORDERED that the plea agreement (Dkt. #78) entered into by Mr. Charles Warren and filed with the Clerk on April 14, 2016, be unsealed prior to trial.

ORDERED that the plea agreement (Dkt. #87) entered into by Ms. Ifeoma Adamolekun and filed with the Clerk on June 13, 2016, be unsealed prior to trial.

Signed at Houston, Texas this the ___ day of _____, 2017.

HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE